UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                  Case No.: 1:07-CR-036-SPM

MICHAEL FRANK CENTO,

    Defendant.

_____/

### ORDER OF REFERRAL FOR PLEA PROCEEDINGS BEFORE A UNITED STATES MAGISTRATE JUDGE

The Court has been informed that the defendant in the above-styled case wishes to enter a guilty plea and consents to having the guilty plea proceedings conducted by a United States Magistrate Judge. Pursuant to the provisions of 28 U.S.C. § 636(b)(3) and N.D. Fla. Loc. R. 72.3, it is hereby

**ORDERED AND ADJUDGED** that the above-captioned criminal case be referred to the Honorable Allan Kornblum, United States Magistrate Judge, to conduct all of the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to a guilty plea and to make a recommendation to the District Judge concerning acceptance or rejection of the guilty plea.

**DONE AND ORDERED** this <u>thirteenth</u> day of November, 2007.

                              *s/Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge