**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                  Case No.: 1:07-CR-036-SPM/AK

MICHAEL FRANK CENTO,

      Defendant.
_____/

## ACCEPTANCE OF GUILTY PLEA

**PURSUANT TO** the Report and Recommendation (doc. 21) of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the Defendant, **MICHAEL FRANK CENTO**, to Count One of the indictment is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this twenty-ninth day of November, 2007.

                                                *s/ Stephan P. Mickle*
                                                Stephan P. Mickle
                                                United States District Judge